IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBY E. BURTON, JR.,

    Plaintiff,

v.

TRUST FUND,

    Defendant.

JUDGMENT IN A CIVIL CASE

13-cv-292-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Bobby E. Burton, Jr. leave to proceed *in forma pauperis* and dismissing this case as malicious for purposes of 28 U.S.C. 1915A(b).

By: [signature] Deputy Clerk                     5-2-2013
Peter Oppeneer, Clerk of Court                   Date